**PLAINTIFFS**

OHNTRUP, Robert & Beverly,
Administrator of the Estate of
Robert Ohntrup

**DEFENDANTS**

MAKINA ve KIMYA ENDUSTRISI KURUMU (167)

and

THE REPUBLIC OF TURKEY

personal injury -- product liability

AT

SIDKOFF, PINCUS & GREENBERG &GREEN, P.C.
~~1315 Walnut St.   530 Walnut St., 12th Fl.~~
~~Phila., Pa. 19107~~  ~~Phila., Pa. 19106~~ (184)
2700 Amtrak Tower, 1101 Market St., Phila, Pa.
Attn: Raymond Kitty, Esq.    19107
       Robert A. Davitch, Esq.
       Larry M. Keller, Esq. (183)
       WADE D. ALBERT, ESQ. (202)
FIREARMS CENTER INCORPORATED
LISLE WAYNE, JAMES A. WAYNE & SARA WAYNE, h/w
308 ~~Leisure Lane~~
~~Victoria, Texas  77901~~

~~LISLE WAYNE, JAMES WAYNE, SARA WAYNE~~ (85)
by: ~~Mark E. Squires, Esq.~~
    ~~1420 Walnut St.~~
    ~~Suite 400~~
    ~~Phila. Pa. 19102~~

LISLE WAYNE, JAMES WAYNE,
SARA WAYNE  (181)
15 Spring Creek Road
Victoria, TX  77904

Third party Defendant

Phila., Pa.  19103
~~For: all dfts~~

~~Selcuk Demirkol~~
~~Solmaz Giray~~
~~Makina ve Kimya Endustrisi Kurumu~~
~~Tandogan Heydani~~
~~Ankara, Turkey~~
~~(Local Rule 15 sent on 1-28-77)~~

(139)(#37)~~John R. McConnell, Esq.~~  Michael R. Lastowski, Esq. (111)
     (Lastowski)       ~~Morgan, Lewis & Bockius~~
     ~~2000 One Logan Square~~ ~~2100 The Fidelity Bldg., Phila. Pa. 19109~~
     ~~Phila., PA 19103~~ (115)  Duane Morris LLP, One Liberty Place, Suite 4200
by:  ~~Eric Kraeutler,~~  (#37)~~Marih O. Erhan, Esquire~~ Phila., PA 19103
     ~~Esq. (127)~~        ~~Suite 415, 2101 Chestnut St., Phila. Pa. 19103~~
                            FOR: Makina ve Kimya Endustrisi Kurumu(3rd pty-def

~~(34) James A. Wayne & Sara Wayne~~
~~113 Spokane~~
~~Victoria, Texas  77901~~

Microfiche

| CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | FILING FEES PAID | | | STATISTICAL CARDS | |
|---|---|---|---|---|---|
| | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD | DATE MAILED |
| | | | | JS-5 | |
| | | | | JS-6 | 1/84 |

UNITED STATES DISTRICT COURT DOCKET                                                  DC 111

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | | | DEFENDANT | |
|---|---|---|---|---|
| | | | | DOCKET NO. 76-742 |
| | | | | PAGE ___ OF ___ PAGES |
| DATE | NR. | | PROCEEDINGS | |

PARTIES
ALLIANT TECHSYSTEMS, INC. (movant)
    WILL W. SACHSE, ESR
    DECHERT LLP
    2929 ARCH STREET
    PHILADELPHIA, PA 19104

DOCKET NO. 76-742

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1976 | | |
| 1 Mar. 11 | | Complaint filed. |
| " 11 | | Summons exit. |
| 2 Apr. 7 | | Summons returned "on 3-24-76 served Listle Wayne, on 3-25-76 served Sec'ty of the Commonwealth by reg. mail, on 3-26-76, served Sara Wayne and Firearms Center, Inc. by reg. mail, on 3-30-76 served James Wayne by reg. mail and as to Lisle Wayne returned "Refused", filed. |
| 3 " | 30 | Entry of appearance of Harvey, Pennington, Herting and R nnesient as counsel for defts, filed. |
| 4 " | 30 | Answer, filed. |
| " | 30 | CASE LISTED FOR TRIAL. |
| 5 " | 30 | Defts' interrogatories to plff, filed. |
| 6 May | 10 | Stipulation and Order that defts shall have until the close of business on 5-10-76 in which to file an answer etc., filed.    JG |
| 7 July | 9 | Plff's answers to interrogatories, filed. |
| 8 Aug. | 9 | Defts' motion to join third party, notice, certificate of service and memorandum in support, filed. (3rd pty. complaint attchd.) |
| [8] " | 30 | ORDER that defts are Granted leave to join Makina ve Kimya Endustrisi Kurumu as third party deft, etc., filed.<br>          8-31-76 entered and copies mailed. |
| " | 30 | THIRD PARTY COMPLAINT FILED. |
| " | 30 | Third party summons exit. |
| 9 Oct 26 | | Report of Pre-Trial Conference, Gorbey, J., filed.    JG-CL<br>          10/27/76 entered. |
| 1977 | | |
| 10 Jan. | 27 | Answer of third party deft, Makina ve Kimyan Endustrisi Kurumu, filed. |
| 11 Apr. | 28 | Third party summons returned "on 12-28-76 served Sec'ty of the Commonwealty by reg. mail and on 3-1-77 served third party deft by reg. mail", filed. |
| -- Sept. | 15 | PRETRIAL CONFERENCE, GORBEY, J. |
| 12 " | 15 | Report of pretrial conference, filed.    JG.Clk |
| 13 Oct. | 26 | Defts' notice of deposition of plffs, Robert and Beverly Ohntrup and the records custodian of St. Mary's Hospital, filed. |
| 14 Nov. | 11 | ORDER dated 11-11-77 that this action is REASSIGNED to Judge Fogel, filed.    Clk<br>          11-14-77 entered and copies mailed. |
| 15 " | 15 | Defts' notice of deposition of Charles Lutz, filed. |
| 16 " | 30 | Withdrawal of appearance of Gary Green as counsel for plffs and entry of appearance of Raymond Kitty as counsel for plffs, filed. |
| 17 Dec. 15 | | Plffs' motion to amend complaint with notice thereof, filed. (Amended complaint attached). |
| (17) " | 21 | ORDER dated 12-20-77 that plffs are granted leave to amend the complaint, etc, filed.    HF<br>          12-22-77 entered and copies mailed. |
| " | 21 | Amended complaint, filed. |
| 18 " | 21 | ORDER dated 12-20-77 that all discovery shall be completed by 4-3-78: a settlement conference shall be held on 4-17-78 at 4:30 p.m.: etc., filed.    12-22-77 entered and copies mailed.    HF |

Microfiche

Cont...

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| OHNTRUP | FIREARMS CENTER INC., et al. | DOCKET NO. _____ <br> PAGE 2 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1978 | | |
| 19 Feb. | 17 | Defts' motion for Summary Judgment, notice, memorandum of law and certificate of service, filed. |
| 20 " | 17 | Plffs' memorandum of law contra defts Lisly Wayne, James A. Wayne and Sara Wayne motion for summary judgment and certificate of service, filed. |
| 21 Mar | 23 | Plff's notice of deposition of Sara Wayne, filed. |
| 22 " | 23 | Plff's notice of deposition of James A. Wayne, filed. |
| 23 " | 23 | Plff's notice of deposition of Lisly Wayne, filed. |
| 24 Apr. | 3 | Plft's. request for production of documents, filed. |
| 25 " | 3 | Plft's. motion to extend time within which parties have to complete all discovery, notice, certificate of service, filed. |
| 26 " | 4 | Plfts' request for production of documents, filed. |
| 27 " | 6 | ORDER, that the time within which parties shall have to complete all discovery shall be extended until 6/6/78; final Order to be jointly prepared by counsel, etc., and submitted by 6/20/78, filed.  HF <br>     4/7/78 entered & copies mailed. |
| 28 " | 18 | ORDER, that defts' motion for summary judgment is DENIED WITHOUT PREJUDICE to renew at such time as the record provides a sufficient factual basis for adjudicating the issues, etc., filed.  HF <br>     4/19/78 entered & copies mailed. |
| 29 May | 9 | Plfts' interrogs. to deft. Makina ve Endustrisi Kurumi (first set), filed. |
| 30 " | 15 | Plfts' interrogs. to deft. Firearms Center Incorp. (first set), filed. |
| 31 " | 26 | Plfts' motion for an order compelling discovery, and to extend the time limitations set forth in the Court's Order of 4/6/78, notice, memorandum, and certification of service, filed. |
| 32 " | 26 | Defts' answer to plft's. motion for an order compelling discovery, filed. |
| 33 June | 2 | ORDER, that all discovery shall be completed by---, 1978; final pretrial order to be prepared jointly to be submitted by -- 1978; trial shall commence on 9/25/78 at 10 AM, etc., filed.  Dpty. Clerk <br>     6/6/78 entered & copies mailed. |
| 34 " | 9 | Motion of Glenn C. Equi, Esquire to withdraw his appearance for defts Lisle Wayne, James A. Wayne & Sara Wayne, et al, notice, memorandum of law, and certificate of service, filed. |
| 35 July | 26 | Plffs' motion for sanctions pursuant to F.R.C.P. 37(d), notice, memorandum of law in support thereof and certificate of service, filed. |
| 36 " | 25 | Answer of defts Firearms Center Inc, Lisley Wayne, James A. Wayne & Sara Wayne to plffs' motion for sanctions, filed. |
| 37. " | 25 | Third-party deft., Makina ve Kimya Endustrisi Kurumu's Amended Answer to 3rd-pty. Complaint, filed. |
| (34) Aug. | 2 | ORDER, that Glenn C. Equi, Esquire be permitted to withdraw his appearance for Lisle Wayne, James A. Wayne & Sara Wayne, and Firearms Center Incorporated, filed.  JMD <br>     8/2/78 entered & copies mailed. |
| 38 " | 2 | ORDER that deft. Firearms Center Inc. shall answer all interrogs. within 45 days; defts. Sara Wayne, Lisly Wayne and James Wayne shall appear at plft's. counsel's office within 60 days for depositions, filed.  JMD <br>     8/2/78 entered & copies mailed. |

CONTINUED--------------

DC-111A (Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 76-742 |
|---|---|---|
| ROBERT & BEVERLY OHNTRUP | FIREARMS CENTER INCORPORATED, ET AL. | PAGE 3 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1978 | | |
| 39 Aug. 16 | | Withdrawal of appearance of Harvey, Pennington, Herting & Renneisen, Ltd., by, Glenn C. Equi, Esquire, for defts. Firearms Center Incorporated, Lisly Wayne, James A. Wayne & Sara Wayne, h/w, filed. |
| 40 " | 31 | Plfts' notice of deposition of Lisly Wayne, filed. |
| 41 " | 31 | Plfts' notice of deposition of Sara Wayne, filed. |
| 42 " | 31 | Plfts' notice of deposition of James A. Wayne, filed. |
| 43 Sept. | 8 | ORDER that this action is REASSIGNED from the former Judge Herbert A. Fogel to Judge Louis H. Pollak, filed.       JL.Clk     9-11-78 entered   --copies mailed. |
| 44 " | 11 | Third Party deft. Makina ve Kimya's answer to plfts' amended complaint, filed. |
| 45 " | 11 | Answers of Makina ve Kimya Endustrisi to plfts' interrogs., filed. |
| 46 " | 29 | Plfts' notice of deposition of Sara Wayne, filed. |
| 47 " | 29 | Plfts' notice of deposition of James A. Wayne, filed. |
| 48 " | 29 | Plfts' notice of deposition of Lisly Wayne, filed. |
| 49 " | 29 | Report of pretrial conference, Pollak, J., filed. |
| -- " | 29 | PRETRIAL CONFERENCE HELD 9/28/78, Pollak, J. |
| 50 Nov. | 27 | Stipulation and ORDER dated 11/24/78 that the time within which discovery may be completed is extended to 12/15/78; the time within which a pretrial order is to be filed is extended to 12/27/78, filed. 11/27/78 entered & copies mailed.       LP |
| (31) " | 27 | ORDER, that plfts' motion for an order compelling discovery filed 5/26/78 is DENIED as moot, filed.       LP    11/27/78 entered & copies mailed. |
| 51 Dec | 28 | Oral deposition of James Anthony Wayne, filed. |
| 52 " | 28 | Answers of Firearms Center Inc to plffs' interrog., filed. |
| 1979 | | |
| 53 Jan. | 16 | Report of settlement conference, Pollak, J., filed. |
| -- " | 16 | SETTLEMENT CONFERENCE HELD 1/12/79. |
| 54 " | 19 | Letter to the Honorable Louis H. Pollak from Robert A. Davitch, Esq. dated 1/8/79 re: settlement conference scheduled for 1/12/79, filed. |
| 1980 | | |
| -- SEPT | 19 | SETTLEMENT CONF., POLLAK, J. |
| 55 " | 19 | Report of Settlement Conf., Pollak, J., filed. |
| 56 Dec | 18 | ORDER THAT TRIAL SET FOR 1/12/81 IS CONTINUED TO 2/23/81 AT 9:30 A.M. IN COURTROOM # 13B, FILED.       LP     12/18/80 entered & copies mailed. |
| 57 " | 23 | Ltr. from Judge Pollak to Michael Lastowski, Esq. dtd. 12/18/80, re: confirming agreement made by counsel & Subha Marasimhan, Esq. Law Clerk in regard to the motion to dismiss on sovereign immunity grounds, etc., filed. |
| 1981 | | |
| 58 JAN | 2 | MAKINA ve KIMYA ENDUSTRISI KURUMU'S MOTION TO DISMISS PLTFS' AND THIRD PARTY COMPLAINT, AFFIDAVITS, MEMORANDUM OF LAW, CERTIFICATE OF SERVICE, FILED. |
| 59 " | 13 | Affidavit of Akin Cakmakci re: certain facts, filed. |
| 60 " | 19 | Memorandum of law of Makina ve Kimya Endustrisi Kurumu concerning the Court's jurisdiction, filed. |
| 61 " | 19 | Transcript of testimony of 1/13/81, filed. |
| 62 " | 23 | Answer of Firearms Center Inc. to Motion of Makina vdKimya Endustrisi Kuruma to dismiss pltfs' and 3rd-pty pltfs' complaints, filed. |

Microfiche

Cnt pg 4

DC 111A
(Rev. 1/75)

POLLAK, J.

CIVIL DOCKET CONTINUATION SHEET

FPI-MAR-7-14-80-70M-4398

| PLAINTIFF | DEFENDANT | DOCKET NO. 76-742 |
|---|---|---|
| OHNTRUP | FIREARMS CENTER INC., ET AL | PAGE 4 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| **1981** | | |
| 63 JAN | 26 | Pltfs memorandum of law concerning the jurisdictional nature of the foreign sovereign immunities act, cert. of service, filed. |
| 64 " | 29 | ORDER THAT PLTFS FULE THEIR RESPONSE TO THE MOTION TO DISMISS BY 2/6/81, MAKINA FILE SUCH ADDITIONAL DOCUMENTS AS ARE NEEDED TO SUPPORT THE MOTION BY 2/6/81, FILED.  LP
1/29/81 entered & copies mailed. |
| 65 FEB | 5 | ORDER THAT THE TIME PLTF SHALL HAVE WITHIN WHICH TO RESPOND TO DEFT. MAKINA ve ENDUSTRISI KURUMU'S MOTION TO IDSMISS SHALL BE EXTENDED TO 10 DAYS AFTER THE NOTES OF TESTIMONY OF DEPOSITIONS ARE RETURNED FORM THE COURT REPORTER, FILED.
2/6/81 entered & copies mailed.  LP |
| 66. APR. | 17 | Plff's Memorandum of Law in Response to Makina Ve Kimya Endustrisi Kurumu's Motion to Dismiss; & Cert.of service, filed. |
| 67 " | 21 | Deposition of Merih O. Erhan, filed. |
| 68 May | 1 | 3rd Pty. Deft's Request for Production of Documents by Defts., filed. |
| 69 " | 5 | PLFF'S MOTION FOR LEAVE TO AMEND COMPLAINT, NOTICE, MEMORANDUM OF LAW IN SUPPORT, CERTIFICATION OF SERVICE, FILED. |
| 70 Jun. | 30 | MEMORANDUM, POLLAK, J., AND ORDER THAT MAKINA VE KIMYA ENDUSTRISI KURUMU'S MOTION TO DISMISS IS DENIED, FILED.
7-1-81 Entered and copies mailed. |
| 71 July | 21 | ORDER THAT PLFF'S PRE-TRIAL MEMO IS DUE 10-15-81 ETC.,CASE IS SET FOR TRIAL ON 11-16-81 AT 10 A.M., FILED.
7/22/81 ENTERED AND COPIES MAILED. |
| 72 " | 27 | ORDER THAT PLFF'S PRE-TRIAL MEMO SHALL BE FILED BY 10-15-81 ETC, NON-JURY TRIAL SET FOR 11-16-81 AT 10 A.M. FILED.
7/28/81 ENTERED AND COPIES MAILED. |
| 73 Oct. | 15 | Plffs pre-trial memo, filed. |
| 74 Nov. | 2 | Makina Ve Kimya Endustrisi Kurumu pretrail memo, filed. |
| 75 " | 6 | Plff's proposed findings of fact and conclusions of law (liability issues)filed. |
| 76 " | 6 | Makina Ve Kimya Endustrisi Kurumu's request for findings of fact and conclusions of law, filed. |
| 77 Nov. | 9 | Plff's supplement to pre-trial memo, filed. |
| 78 Nov. | 13 | Certificate of Robert A. Davitch, Esq. re; uncontested motion for plff's to amend the complaint, filed. |
| 79 Nov. | 13 | Makina Ve Kimya Endustrisi Kurumu trial brief, filed. |
| 80 Nov. | 16 | Non-Jury Trial, Motion to Amend the Complaint is granted, witness sworn, filed. |
| 81 Nov. | 17 | ORDER THAT THE PLFF'S MOTION TO AMEND THE COMPLAINT IS GRANTED, AND WITHIN 20 DAYS AMEND THE COMPLAINT IN ORDER TO INLCUDE 28 U.S.C. §1330(a) AS A JURISDICTIONAL BASIS FOR BRINGING THE ACTION, FILED.
11-17-81 Entered and Copies mailed. |
| 82 Nov. | 19 | Appearance of Mark E. Squires, Esq.for Lisly Wayne, James Wayne, Sara Wayne, filed. |
| 83 Nov. | 19 | Non-Jury Trial, resumes, witnesses sworn, filed. |
| 84 Nov. | 19 | Pllf's notice of depositon of NECIP CEYLANI, filed. |
| 85 Nov. | 24 | STIPULATION AND ORDER THAT THE ACTION AGAINST JEAMES WAYNE, SARA WAYNE AND LISLY WAYNE ONLY SHALL BE DISMISSED WITH PREJUDICE, FILED.
11-24-81 Entered and Copies mailed. |

Microfiche

-----cont----

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

FPI—MAR—7-14-80-70M-4398

| PLAINTIFF | DEFENDANT | DOCKET NO. 76-742 |
|---|---|---|
| ROBERT & BEVERLY OHNTRUP | FIREARMS CENTER INC., ET AL | PAGE 5 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1981 | | |
| 86 NOV | 24 | Non-Jury trial 11/24/81, trial, witnesses sworn, filed. |
| 87 Dec. | 1 | Non-Jury trial of 12-1-81, trial, witnesses sworn, verdict C.A.V., filed. |
| 88 Dec. | 2 | Plff's second amended complaint, filed. |
| 1982 | | |
| 89 Jan. | 29 | Plffs Supplemental Proposed Findings of Fact and Conclusions of Law, |
| 90 Mar. | 5 | Makina Ve Kimya Endustrisi Kurumu's Revised Request for Findings of Fact and Conclusions of Law, filed. |
| 91 Mar. | 5 | Makina Ve Kimya Endustrisis Kurumu's Memorandum of Law in Support of the Proposed Findings of Facts and Conclusions of Law, filed. |
| 92 Mar. | 8 | Plff's Post-Trial Memorandum on the Issue of Substantial Change, filed. |
| 93 Mar. | 22 | Plff's Memorandum of Law in Reply to Makina's Memo. of Law in Support of its Proposed Findings of Fact and Conclusions of Law, filed. |
| 94 Jul | 12 | HEARING RE(7/12/82) Findings of Fact and Conclusions of Law(on issue of liability)in favor of Plffs; Hearing on Damages to be set, filed. LP |
| 95 July | 16 | Transcript of Bench Opinion of July 12, 1982, filed. |
| 96 Jul | 22 | MOTION OF DEFT. MAKINA TO AMEND THE COURT'S FINDINGS AND CONCLUSIONS, MEMORANDUM OF LAW IN SUPPORT THEREOF, CERTIFICATE OF SERVICE, FILED. |
| 97 Aug. | 9 | Plff's Memo. in Reply to Deft Makina's Motion to Amend the Court's Findings and Conclusion, Certificate of Serivce, filed. |
| 98 " | 18 | ORDER THAT MKE'S MOTION TO AMEND THE COURT'S FINDINGS OF FACT AND CONCLUSIONS OF LAW IS DENIED, FILED. 8/18/82 Entered and Copies mailed. |
| 99 Sept. | 1 | ORDER THAT THE ABOVE MATTER IS HEREBY REFERRED TO U.S. MAGISTRATE WILLIAM F. HALL TO CONDUCT A HEARING ON DAMAGES AND TO SUBMIT TO THE COURT PORPOSED FINDINGS OF FACT AND RECOMMENDATIONS FOR DISPOSITION, FILED. 9/1/82 Entered and Copies mailed. |
| 100 Oct. | 8 | ORDER THAT THE ABOVE CASE IS SPECIALLY LISTED FOR NON JURY TRIAL TO COMMENCE ON NOVEMBER 1, 1982, ETC. FILED. 10/8/82 Entered and Copies mailed. |
| 101 " | 13 | Plff's Notice of Videotape Deposition of Richard J. Chofoff, M.D., etc. filed. |
| 102 Oct. | 18 | Plff's Pre-Trial Memorandum on the Issue of Damages, filed. |
| 103 " | 20 | Makina ve Kimya Endustrisi Kurumu's Pretrial Memo. as to Issue of Damages, filed. |
| 104 " | 20 | MAKINA VE KIMYA ENDUSTRISI KURUMU"S MOTION TO COMPEL PLFF ROBERT E. OHNTRUP TO SUBMIT TO A PHYSICAL EXAMINATION, MEMO., CERTIFICATE OF SERVICE, FILED. |
| 105 " | 21 | Deft's Notice of Deposition of Robert F. Ohntrup, Jr., et al, filed. |
| 106 " | 25 | Copy of Letter from Robert A. Davitch, Esq. to Magistrate Hall re: The Parties have resolved amicably the issue raised in Makina's Motion to Compel Plff to Submit to a Physical Examination which was filed October 20, 1982, etc." filed. |
| 107 Dec. | 8 | STIPULATION AND ORDER THAT PLFF. FILE PROPOSED FINDINGS OF FACT BY 1-7-83, MAKINA FILE PROPOSED FINDINGS OF FACT BY 1-28-83, FILED. 12/9/82 Entered & Copies mailed. |
| 1983 | | |
| 108 Jan. | 11 | Plff's supplemental proposed findings of fact and conclusions of law (damages issues), filed. |

CONT.

Microfiche

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | | DEFENDANT | DOCKET NO. 76-742LP |
|---|---|---|---|
| OHNTRUP, ROBERT & BEVERLY | | FIREARMS CENTER, INC., ET AL | PAGE 6 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1983 | | |
| 109 Feb. | 14 | Third party deft., Makina's proposed findings of fact, filed. |
| 110 " | 14 | Third party deft, Makina's memorandum of law in support of proposed findings of fact, filed. |
| 111 Mar. | 10 | STIPULATION & ORDER DATED 3-7-83 THAT PLFFS. SHALL FILE MEMORANDUM OF LAW IN SUPPORT OF THEIR PROPOSED FINDINGS OF FACT & CONCLUSIONS OF LAW BY 4-1-83; DEFT. MAKINA HAS UNTIL 4-15-83 TO FILE A MEMORANDUM IN REPLY TO PLFF'S MEMORANDUM, ETC., FILED.<br>    3/10/83 Entered & Copies mailed. |
| 112 Apr. | 5 | Plff's memorandum of law in support of proposed findings of fact and conclusions of law and in reply to Makina's proposed findings of fact and conclusions of law (damages issues), filed. |
| 113 " | 22 | Deft. Makina's reply memorandum in support of proposed findings of fact and conclusions of law (damages), filed. |
| 114 Sept. | 7 | REPORT-RECOMMENDATION, MAGISTRATE HALL, THAT DAMAGES BE ASSESSED AND AWARDED IN FAVOR OF PLFF. AND AGAINST DEFT. MKE IN THE SUM OF $594,855.77 PLUS INTEREST, FILED.    9/8/83 Entered & Copies mailed. |
| 115 " | 12 | Notice of change of address by counsel for deft., filed. |
| 116 " | 20 | Third-party defts. objections to report-recommendation, memo, certificate, filed. |
| 117 Oct. | 4 | Plff's reply to Makina's objections to report-recommendation, filed. |
| 1984 | | |
| 118 Jan. | 11 | MEMORANDUM AND ORDER DATED 1-10-84 THAT THE REPORT-RECOMMENDATION IS APPROVED AND ADOPTED; JUDGMENT IS GRANTED IN FAVOR OF PLFF. AND AGAINST DEFT. MAKINA IN THE AMOUNT OF $594,855.77; JUDGMENT IS GRANTED IN FAVOR OF PLFFS. FOR DELAY DAMAGES AND AGAINST DEFT. MAKINA IN THE AMOUNT OF 10% OF 594,855.77 PER ANNUM, NOT COMPOUNDED, FROM 10-16-79 TO THE DATE OF JUDGMENT, FILED.<br>    1/11/84 Entered & Copies mailed. |
| 119 " | 16 | ORDER THAT PLFFS. ARE GRANTED A JUDGMENT FOR DAMAGES AGAINST FIREARMS CENTER, INC. IN THE SUM OF $594,855.77; PLFFS. ARE GRANTED A JUDGMENT FOR DELAY DAMAGES AGAINST FIREARMS CENTER, INC. IN THE AMOUNT OF 10% OF THE JUDGMENT, PER ANNUM, NOT COMPOUNDED FROM 10-16-79 TO THE DATE OF THIS JUDGMENT; DEFT. MAKINA IS LIABLE TO FIREARMS CENTER, INC. FOR INDEMNIFICATION, FILED.<br>    1/16/84 Entered & Copies mailed. |
| 120 " | 19 | PLFF'S MOTION TO AMEND JUDGMENT AND TO INITIATE EXECUTION PROCEEDINGS, NOTICE, CERTIFICATION, FILED. |
| 121 " | 19 | PLFF'S MOTION TO MOLD AND AMEND JUDGMENTS, NOTICE, CERTIFICATION, FILED. |
| 122 Feb. | 10 | ORDER THAT PLFFS SHALL FILE BRIEFS IN SUPPORT OF THEIR MOTIONS TO AMEND JUDGMENT TO INCLUDE THE REPUBLIC OF TURKEY AND FOR PERMISSION TO INITIATE EXECUTION PROCEEDINGS ON THE JUDGMENT AND TO MOLD AND AMEND JUDGMENTS TO FIX AMOUNT OF DAMAGES FOR DELAY, WITHIN 20 DAYS OF THE DATE OF THIS ORDER, ETC. FILED.<br>    2/10/84 Entered and Copies mailed. |
| 123 Mar. | 2 | Plff's memorandum in support of post-trial motions, filed. |
| 124 " | 30 | Makina's brief in opposition to motion to amend judgment, certificate, filed. |
| 125 Apr. | 11 | Plff's reply brief in support of motion to amend judgment, certificate, filed. |
| 126 July | 9 | ORDER THAT PLFF'S MOTION TO MOLD AND AMEND JUDGMENTS IS GRANTED; THE JUDGMENT IS MODIFIED TO INCLUDE DELAY DAMAGES; ETC.; TOTAL JUDGMENT AWARDED TO PLFFS. IS $847,173.97; PLFF'S MOTION TO AMEND JUDGMENT OT INCLUDE THE REP. OF TURKEY IS DENIED WITHOUT PREJUDICE, FILED.<br>    7/9/84 Entered & Copies mailed.<br>                             CONT. |

Microfiche

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| OHNTHRUP | FIREARMS CENTER, INC., ET AL. | DOCKET NO. 76-742 LP<br>PAGE 7 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| **1984** | | |
| 127 Aug. | 8 | Deft. Makina's notice of appeal, filed. (U.S.C.A. 84-1468)<br>8/9/84 copies to: U.S.C.A., R. Davitch, Esq.; Firearms Center, Inc.; M. Erha Esq.; Hon. L. Pollak |
| 128 " | 8 | Copy of Clerk's notice to U.S.C.A., filed. |
| 129 Sept. | 11 | Transcript purchase order, filed. |
| -- " | 12 | RECORD COMPLETE FOR PURPOSES OF APPEAL-TRANSCRIPT NOT NEEDED. |
| **1985** | | |
| 130 APR. | 18 | Certified copy of order from U.S.C.A. that the judgment of the district court entered on 7-6-84 is affired, filed. |
| 131 JULY | 3 | DEFT'S. MOTION FOR LEAVE TO WITHDRAW APPEARANCE, CERTIFICATE OF SERVICE, FILED. |
| 132 " | 17 | PLFF'S MOTION FOR AN ORDER COMPELLING MAKINA ve KIMYA ENDUSTRISI KURUMU TO PRODUCE ITS GENERAL DIRECTOR FOR DEPOSITION BY TELEPHONE IN AID OF EXECUTION, NOTICE, MEMO, FILED. |
| 133 " | 18 | Plff's. Memo of Law in Opposition to the Motion of Deft's. Counsel for leave to withdraw appearance, Memo, filed. |
| 134 " | 24 | Plff's. Supplement to Motion for an Order Compelling Makina vs Kimya Endustrisi Kurumu to produce its General Director for Deposition by Telephone in Aid of Execution, Certificate of Service, Notice, filed. |
| 135 " | 30 | Makina ve Kimya Endustrisi Kurumu memo of law in support of motion for withdrawal of appearance of John R. McConnell, et al, certificate, filed. |
| 136 AUG | 6 | Plff's. Supplemental Memo in Opposition to the Motion for Withdrawal of Appearance of John R. McConnell, Arthur R. Littleton & Morgan, Lewis & Bockius, Certificate of Service, filed. |
| 137 " | 8 | Plff's. Exhibit A to Supplemental Memo in Opposition to Motion for withdrawal of Appearance of John McConnell, Arthur Littleton & Morgan, Lewis & Bockius, filed. |
| 138 " | 15 | PLFF'S. MOTION FOR AN ORDER CONFIRMING REQUESTS FOR ADMISSIONS, NOTICE, MEMO, CERTIFICATE OF SERVICE, FILED. |
| 139 NOV | 27 | ORDER THAT THE MOTION FOR LEAVE TO WITHDRAW APPEARANCE AS IT PERTAINS TO JOHN R. MCCONNELL & ARTHUR R. LITTLETON IS GRANTED. THE MOTION FOR LEAVE TO WITHDRAW APPEARANCE AS IT PERTAINS TO THE FIRM OF MORGAN, LEWIS & BOCKIUS IS DENIED, FILED. 11/27/85 ENTERED & COPIES MAILED. |
| 140 " | 29 | Transcript of Hearing of 11/25/85, filed. |
| 141 DEC | 26 | Deft's Notice of Appeal, filed. (USCA 85-1783)<br>12/27/85 copies to R. Davitch, L.Wayne,Firearms Ctr Inc., M.Erhan, D. Spitz, J. Pollak, Clerk, USCA. |
| 142 " | 26 | Copy of Clerk's Notice to USCA, filed. |
| **1986** | | |
| 143 JAN | 06 | Appellant's Transcript Purchase Order Form, filed. |
| -- " | 7 | RECORD COMPLETE FOR PURPOSES OF APPEAL-TRANSCRIPT ALREADY ON FILE. |
| 144 FEB | 05 | Letter to J. Pollak from deft. Makina dtd 1/22/86 re: we refuse to answer the interr. directed to MKEK, do not accept to produce our Genl Dir. for deposition by telephone, filed. |
| 145 OCT | 29 | Certified copy of Order (USCA) dtd 10/7/86 that the judgment of the district court entered 11/27/85 is affirmed, filed. |

Microfiche

continued page 8

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | | DEFENDANT | DOCKET NO. 76-742 |
|---|---|---|---|
| OHNTRUP | | FIREARMS CENTER, INC. et al. | PAGE 8 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1987 | | |
| 146 FEB | 5 | ORDER THAT PLFF MOTION FOR AN ORDER COMPELLING DEFT. MAKINA TO PRODUCE ITS GENERAL DIRECTOR FOR DEPOSITION BY TELEPHONE IN AID OF EXECUTION IS GRANTED, ETC., FILED. 2/6/87 entered and copies mailed. |
| 147 " | 5 | ORDER THAT PLFF'S UNOPPOSED MOTION FOR AN ORDER ADJUDICATING & CONFIRMING PLFF'S REQUEST FOR ADMISSION (FIRST SET) IS GRANTED, ETC, FILED. 2/6/87 entered & copies mailed. |
| 148 MAR | 06 | PLFF'S MOTION FOR ORDER COMPELLING DEFT MAKINA ve KIMYA ENDUSTRISI KURUMU TO ANSWER PLFFS FIRST SET OF INTERROGATORIES IN AID OF EXECUTION, MEMO, CERT OF SERVICE, FILED. |
| 149 " | 10 | PLFFS' RENEWED MOTION TO AMEND THE JUDGMENT TO INCLUDE THE REPUBLIC OF TURKEY, MEMO.,CERT. OF SERVICE,FILED. |
| 150 " | 10 | Amendment to plffs' motion for an order compelling Makina ve Kimya Endustrisi Kurumu to answer plffs' first set of interrogatories in aid of execution. |
| 151 " | 27 | Deposition of Dr. Barry Lipson, filed. |
| 152 " | 27 | Deposition of Laurence Schneider,M.D.,filed. |
| 153 " | 27 | Deposition of Richard J. Chodoff, M.D., filed. |
| 154 " | 27 | Deposition of Dr. J.L. Sbarbaro,Jr.,filed. |
| 155 " | 27 | Deposition of Necip Geylane,filed. |
| 156 " | 27 | Deposition of Robert Ohntrup, et al, filed. |
| 157-160" | 27 | Transcript of testimony before Pollak,J. , filed. |
| 161-163" | 27 | Transcript of testimony before Magistrate Hall, filed. |
| (148)APR | 27 | ORDER THAT MOTION - GRANTED. DEFT. MAKINA ve KIMYA ENDUSTRISI KURUMU ("MAKINA") TO SERVE UPON PLFFS COUNSEL FULL & COMPLETE ANSWERS, WITHOUT OBJECTIONS, TO PLFFS FIRST SET OF INTERROGATORIES IN AID OF EXECUTION WITHIN 20 DAYS,FILED. 4/28/87 entered & copies mailed. |
| 164 MAY | 28 | PLFFS MOTION FOR SANCTIONS AGAINST DEFT. MAKINA ve KIMYA ENDUSTRISI KURUMU PURSUANT TO FRCP 37, MEMO, CERT OF SERVICE, FILED. |
| 1989 | | |
| 165 JAN | 05 | Plff's praecipe for writ of revival, filed. |
| -- " | 05 | Writ exit, (given to counsel). |
| 166 AUG | 31 | ORDER THAT WITHIN TEN DAYS OF THE DATE HEREOF, PLFF MAY FILE AN AMENDED COMPLAINT SEEKING LEAVE TO AMEND THE JUDGMENT ENTERED AGAINST DEFT. TO ADD THE REPUBLIC OF TURKEY: UPON THE FILING OF THE SAID AMENDED COMPLAINT, THE CLERK SHALL ISSUE A SUMMONS ADDRESSED TO THE REPUBLIC OF TURKEY WICH SHALL STATE THAT THE REPUBLIC OF TURKEY SHALL SERVE AN ANSWER OR OTHER RESPONSIVE PLEADING WITHIN SIXTY DAYS AFTER SERVICE OF THE SAID AMENDED COMPLAINT HAS BEEN MADE UPON IT: COUNSEL FOR PLFF SHALL SERVE THE AMENDED COMPLAINT AND SUMMONS UPON THE REPUBLIC OF TURKEY, FILED. 9/5/89 entered & copies mailed. |
| 167 SEPT | 8 | Amended complaint, amend the judgment entered against deft Makina ve Kimya Endustrusi Kurumu to add The Republic of Turkey, filed. |
| -- " | 8 | Amended complaint summons exit, (given to counsel 9/8/89) |
| 1990 | | |
| 168 AUG | 7 | PLFF'S MOTION FOR AN ORDER CONFIRMING THAT THE REPUBLIC OF TURKEY HAS BEEN PROPERLY AND VALIDLY SERVED WITH PLFF'S AMENDED COMPLAINT TO AMEND THE JUDGMENT, MEMO, CERT. OF SERVICE, FILED. |

(Continued)

Microfiche

| DC 111A (Rev. 1/75) | | | CIVIL DOCKET CONTINUATION SHEET | |
|---|---|---|---|---|
| PLAINTIFF OHNTHRUP | | | DEFENDANT MAKINA ve KIMYA ENDUSTRISI, et al | DOCKET NO. 76-0742 PAGE 9 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1992 | | |
| 169 JAN. 9 | | MEMORANDUM AND ORDER THAT PLFFS MOTION FOR AN ORDER CONFIRMING THAT THE REPLIC OF TURKEY HAS BEEN PROPERLY AND VALIDLY SERVED WITH PLFFS AMENDED COMPLAINT TO AMEND THE JUDGMENT IS GRANTED. WITHIN 20 DAYS OF THE DATE HEREOF, PLFF MAY RE-SERVE THE REPUBLIC OF TURKEY AND THE TURKISH CENTRAL AUTHORITY WITH THE AMENDED COMPLAINT TO AMEND THE JUDGMENT, THE SUMMONS AND FORM USM-94, USING THE SAME METHOD THAT WAS USED BY PLFF TO EFFECT SERVICE IN SEPTEMBER OF 1989. PLFF SHALL ALSO SERVE THE TURKISH CENTRAL AUTHORITY WITH A COPY OF THIS ORDER: ETC. PURSUANT TO 28 U.S.C. 1608(d) AND THE SUMMONS, THE REPUBLIC OF TURKEY SHALL HAVE SIXTY DAYS FROM THE RECEIPT BY THE TURKISH CENTRAL AUTHORITY OF THE AMENDED COMPLAINT TO AMEND THE JUDGMENT, SUMMONS AND FORM USM-94, TO FILE AN ANSWER TO THE AMENDED COMPLAINT TO AMEND THE JUDGMENT OR OTHER RESPONSIVE PLEADING AND PLFFS COUNSEL SHALL SERVE THE TURKISH CENTRAL AUTHORITY WITH A TRUE AND CORRECT COPY OF THIS ORDER, BY REGISTERED MAIL, BY MAILING SAME TO THE TURKISH CENTRAL AUTHORITY WITHIN TEN DAYS OF THE DATE OF ENTRY OF THIS ORDER, FILED. 1/9/92 Entered and Copies mailed. |
| 170 JULY 21 | | Plaintiffs' request for entry of default against the defendant Republic of Turkey, affidavit, certificate of service, filed. |
| - JULY 21 | | Default entered as to Republic of Turkey pursuant to F.R.C.P. 55(a), filed. |
| - JULY 21 | | Default entered. |
| 171 JULY 30 | | PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST THE REPUBLIC OF TURKEY AND REQUEST FOR HEARING PURSUANT TO 28 U.S.C. SECTION 1608, CERTIFICATE OF SERVICE, FILED. |
| 172 AUG 12 | | Proof of Service by Robert A. Davitch, Counsel for Plaintiffs re: served Defendant Republic of Turkey a True and Correct Copy of Motion for Default Judgment and Request for Hearing on 8/5/92;(Copy of Postal receipt card attached) filed. |
| 173 SEP 28 | | ORDER THAT HEARING PURSUANT TO 28 USC SECTION1608(c) TO ADDRESS PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST THE REPUBLIC OF TURKEY WILL BE HELD ON TUESDAY, 11/10/92 AT 10:00 A.M. IN COURTROOM 16-B, 16th FLOOR; FURTHER ORDERED THAT MR. DAVITCH, UPON RECEIPT OF THIS ORDER, FORWARD A COPY TO THE TURKISH CENTRAL AUTHORITY IN ANKARA TURKEY, FILED. COPIES MAILED FROM CHAMBERS |
| 174 NOV 10 | | Minute Entry dated 11/10/92 re: Hearing on Plff's Motion for Default Judgment against the Republic of Turkey, etc., filed. |
| 175 " " | | ORDER THAT AN ADDITIONAL HEARING PURSUANT TO 28 USC SECTION 1608 (c) TO ADDRESS PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST THE REPUBLIC OF TURKEY WILL BE HELD ON 12/23/92; IT IS FURTHER ORDERED THAT MR. DAVITCH, UPON RECEIPT OF THIS ORDER, FORWARD A COPY TO THE TURKISH CENTRAL AUTHORITY IN ANKARA TURKEY, FILED COPIES MAILED FROM CHAMBERS |
| 176 DEC 07 | | ORDER THAT THE ADDITIONAL HEARING PURSUANT TO 28 USC SECTION 1608(c) TO ADDRESS PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST THE REPUBLIC OF TURKEY IS RESCHEDULED FOR 1/20/93 AT 8:45 A.M.; FURTHER ORDERED THAT MR. DAVITCH FORWARD A COPY TO THE TURKISH CENTRAL AUTHORITY IN ANKARA TURKEY, FILED. COPIES MAILED FROM CHAMBERS |

(continued)

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | | DEFENDANT | DOCKET NO. 76-742 |
|---|---|---|---|
| OHNTRUP | | FIREARMS CENTER, INC. ET AL | PAGE 10 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| **1993** <br> 177 JAN | 13 | ORDER THAT THE ADDITIONAL HEARING PURSUANT TO 28 U.S.C. SECTION 1608(c) TO ADDRESS PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST THE REPUBLIC OF TURKEY SCHEDULED FOR 1/20/93 AT 8:45 A.M. IS HEREBY RESCHEDULED UPON THE REQUEST OF COUNSEL TO 2/5/93 AT 9:00 A.M., ETC.; IT IS FURTHER ORDERED THAT MR. DAVITCH, UPON RECEIPT OF THIS ORDER, FORWARD A COPY TO THE TURKISH CENTRAL AUTHORITY IN ANKARA TURKEY, FILED. <br>              COPIES MAILED FROM CHAMBERS. |
| 178 FEB | 17 | Minute Entry dated 2/5/93 re: Hearing; Continuation of hearing on plff's motion for default judgment against Republic of Turkey, filed. |
| 179 " | 20 | Proposed Findings of Fact anf Conclusions of Law in support of motion for default judgment against Republic of Turkey by plaintiffs, Certificate of Service, filed. |
| 180 AUG | 18 | MEMORANDUM AND ORDER THAT PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT IS DENIED WITHOUT PREJUDICE, FILED. <br>             8/18/93 ENTERED AND COPIES MAILED. |
| 181 AUG | 31 | Letter re: Notice of Change of Address for Lisle, James and Sarah Wayne, filed. |
| **1995** <br> 182 MAR | 09 | Letter dated 3/8/95 to Judge Pollak from R. Davitch re: request for entry of order affirming judgment, filed. |
| 183 MAR | 29 | ORDER THAT THIS COURT HEREBY AFFIRMS AND CONFIRMS THAT THE JUDGMENT ENTERED IN FAVOR OF PLFFS AND AGAINST DEFT MAKINA VE KIMYA ENDUSTRISI KURUMU ON 1/11/84 AS AMENDED BY THE JUDGMENT ENTERED BY THIS COURT ON 7/9/84 IN FAVOR OF PLFFS AND AGAINST MKEK IN THE AMOUNT OF $847,173.97 IS FINAL AND BINDING, ETC., FILED <br>             3/30/95 ENTERED AND COPIES MAILED. |
| **1997** <br> 184 Oct | 9 | PLAINTIFFS' MOTION TO FIX JUDGMENT TO LIQUIDATED AMOUNT WHICH INCLUDES POST-JUDGMENT INTEREST, MEMORANDUM, CERTIFICATION OF SERVICE, FILED. |
| 185 Oct | 14 | Plaintiffs Request for Writ of Revival of Judgment, Filed. |
| -- Oct | 14 | Writ Exit. |
| **1998** <br> 186 Jan | 26 | ORDER THAT UPON CONSIDERATION OF PLAINTIFF'S MOTION TO FIX JUDGMENT TO LIQUIDATED AMOUNT WHICH INCLUDES POST-JUDGMENT INTEREST, IT IS HEREBY ORDERED AND DECREED THAT THE SAID MOTION BE AND THE SAME IS HEREBY GRANTED. THE COURT HAVING DETERMINED THAT POST-JUDGMENT INTEREST HAS BEEN ACCRUING ON THE JUDGMENT ENTERED IN THIS CASE ON JANUARY 11, 1984, PURSUANT TO 28 U.S.C. SEC 1961, AT THE RATE OF 10.1% WITH ANNUAL COMPOUNDING, IT IS FURTHER ORDERED THAT THE JUDGMENT WAS ENTERED IN FAVOR OF PLAINTIFFS AND AGAINST DEFENDANT MAKINA VE KIMYA ENDUSTRISI KURUMU ON JANUARY 11, 1984 (AS MODIFIED BY THE ORDER ON JULY 9, 1984), IS HEREBY AMENDED TO INCLUDE POST-JUDGMENT INTEREST, AND THAT THE TOTAL VALUE OF THE JUDGMENT AS OF JULY 10, 1997, INCLUDING POST-JUDGMENT INTEREST WAS $3,108,878.50. IT IS FURTHER ORDERED THAT POST-JUDGMENT INTEREST HAS CONTINUED TO ACCRUE ON THE JUDGMENT SINCE JULY 10, 1997, AND IS CONTINUING TO ACCRUE, IN ACCORDANCE WITH 28 U.S.C. SEC 1961. <br>              1/27/98 ENTERED AND COPIES MAILED. |
| **2001** <br> 187 Nov | 19 | PLAINTIFF'S MOTION TO COMPEL DEFENDANT MAKINA ve KIMYA ENDUSTRISI KURUMU TO ANSWER PLAINTIFF'S INTERROGATORIES IN AID OF EXECUTION, FILED. |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 76-742 |
|---|---|---|
| OHNTHRUP | MAKINA ve KIMYA ENDUSTRISI, | PAGE 11 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 2002 JAN 3 <br> ~~177~~ (188) | | ORDER THAT PURSUANT TO 28 U.S.C. 636(b)(1)(A) THIS CASE IS REFERRED TO MAGISTRATE JUDGE M. FAITH ANGELL FOR THE RESOLUTION OF ALL NON-DISPOSITIVE MOTION. <br> 1/4/02 ENTERED AND COPIES MAILED. |
| ~~178~~ JAN (189) | 22 | ORDER THAT PLAINTIFFS' MOTION TO COMPEL DEFENDANT TO ANSWER PLAINTIFFS' INTERROGATORIES IN AID OF EXECUTION IS GRANTED. DEFENDANT SHALL SERVE PLAINTIFFS WITH FULL AND COMPLETE ANSWERS TO PLAINTIFFS' INTERROGATORIES IN AID OF EXECUTION WITHIN 20 DAYS OF THE DATE OF THIS ORDER. <br> 1/23/02 ENTERED AND COPIES MAILED. |
| 190 ~~179~~ FEB | 14 | REQUEST FOR WRIT OF REVIVAL OF JUDGMENT BY PLAINTIFFS. |
| " " (191) | 14 | WRIT OF REVIVAL ISSUED. |
| ~~180~~ MAR (191) | 22 | PLAINTIFF'S MOTION TO FIND DEFENDANT IN CONTEMPT AND TO IMPOSE CIVIL CONTEMPT SANCTIONS AGAINST DEFENDANT, MEMORANDUM, CERTIFICATE OF SERVICE, FILED. |
| 192 ~~181~~ MAY | 13 | ORDER THAT PLFFS' MOTION TO FIND DEFT IN CONTEMPT & TO IMPOSE CIVIL CONTEMPT SANCTIONS AGAINST DEFT IS GRANTED. IT IS FURTHER ORDERED THAT THE COURT FINDS DEFT, MAKINA VE KIMYA ENDUSTRISI KURUMU ("MKEK"), TO BE IN VIOLATION OF THIS COURT'S ORDER ENTERED ON 1/23/02, COMPELLING MKEK TO SERVE FULL & COMPLETE ANSWERS TO PLFFS' INTERROGATORIES IN AID OF EXECUTION WITHIN 20 DAYS, ETC. IF MKEK FAILS TO COMPLY FULLY WITH THE 1/23/02 ORDER WITHIN 30 DAYS OF THIS ORDER, BEGINNING ON THE 31ST DAY FOLLOWING THE ENTRY OF THIS ORDER, MKEK SHALL PAY TO PLFFS A DAILY FINE IN THE AMOUNT OF $10,000; & THE DAILY FINE SHALL CONTINUE UNTIL SUCH TIME AS MKEK COMPLIES FULLY WITH THE 1/23/02 ORDER, FILED. <br> 5/14/02 ENTERED AND COPIES MAILED. |
| 193 ~~182~~ SEPT | 30 | SUGGESTION OF DEATH UPON THE RECORD UNDER RULE 25(a)(1), CERTIFICATE OF SERVICE. |
| ~~183~~ OCT 194 | 1 | PLFF'S MOTION TO SUBSTITUTE BEVERLY OHNTRUP, ADMINISTRATOR OF THE ESTATE OF ROBERT OHNTRUP, FOR PLFF MR. OHNTRUP, MEMORANDUM, CERTIFICATE OF SERVICE, FILED. |
| 2003 ~~184~~ SEP 195 | 4 | ORDER THAT PLAINTIFF'S MOTION TO SUBSTITUTE BEVERLY OHNTRUP, ADMINISTRATOR OF THE ESTATE OF ROBERT OHNTRUP, FOR PLAINTIFF ROBERT OHNTRUP IS HEREBY GRANTED, FILED. <br> 9/4/03 ENTERED AND COPIES MAILED. |
| 2004 ~~185~~ NOV 196 | 23 | PLAINTIFF'S MOTION FOR AN ORDER AMENDING AND MODIFYING JUDGMENT ENTERED ON 1/27/98 TO INCLUDE POST-JUDGMENT INTEREST TO 11/10/04, MEMORANDUM, CERTIFICATE OF SERVICE, FILED. |
| ~~186~~ NOV 197 | 23 | PLAINTIFF'S MOTION TO REDUCE TO JUDGMENT DAILY FINES ASSESSED AGAINST DEFENDANT FOR DEFENDANT'S CONTINUING CIVIL CONTEMPT, MEMORANDUM, CERTIFICATE OF SERVICE, FILED. |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 76-742 |
|---|---|---|
| ONTHRUP | MAKINA ve KIMYA ENDUSTRISI KURUMU | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 2005 | | |
| 187 JUL 199 | 12 | ORDER THAT PLAINTIFF'S MOTION FOR AN ORDER AMENDING AND MODIFYING JUDGMENT ENTERED ON JANUARY 27, 1998, TO INCLUDE POST-JUDGMENT INTEREST TO NOVEMBER 10, 2004, IS GRANTED. ACCORDINGLY, IT IS FURTHER ORDERED THAT THE JUDGMENT THAT WAS ENTERED IN FAVOR OF PLAINTIFFS AGAINST DEFENDANT MKEK ON JANUARY 11,1984 (AS MODIFIED BY THE ORDER ENTERED ON JULY 9, 1984, AND AMENDED ON JANUARY22, 1989) IS HEREBY FURTHER AMENDED TO INCLUDE POST-JUDGMENT INTEREST THROUGH NOVEMBER 10, 2004, SUCH THAT THE TOTAL AMOUNT OF THE JUDGMENT AS OF NOMVEMBER 10, 2004, INCLUDING POST-JUDGMENT INTEREST, IS $6,292,380.67. IT IS FURTHER ORDERED THAT POST-JUDGMENT INTEREST HAS CONTINUED TO ACCRUE ON THE JUDGMENT SINCE NOVEMBER 10, 2004, AND IS CONTINUING TO ACCRUE, IN ACCORDANCE WITH 28 U.S.C. SEC. 1961, FILED. 7/13/05 ENTERED AND COPIES MAILED. |
| 2006 | | |
| 188 NOV 199 | 28 | PLAINTIFFS' AMENDED MOTION TO REDUCE TO JUDGMENT DAILY FINES ASSESSED AGAINST DEFENDANT FOR DEFENDANT'S CONTINUING CIVIL CONTEMPT, AFFIDAVIT, MEMORANDUM, CERTIFICATE OF SERVICE. |
| 2007 | | |
| 200 APR | 17 | MEMORANDUM AND ORDER THAT PLAINTIFFS" MOTION TO REDUCE TO JUDGMENT THE DAILY FINES ASSESSED AGAINST DEFENDANT FOR DEFENDANT'S CONTINUING CIVIL CONTEMPT IS GRANTED, AND JUDGMENT IS ENTERED IN FAVOR OF PLAINTIFFS, AND AGAINST DEFENDANT MKEK, IN THE AMOUNT OF $16,000,000. THE DAILY FINES ASSESSES UPON MKEK UNDER THIS COURT"S ORDER OF MAY 13,2002 ARE HENCEFORTH TO ACCRUE AT THE RATE OF $1000 PER DAY FOR A MAXIMUM FINE OF $10,000 PER YEAR, WITH SUCH FINES TO CONTINUE UNTIL SUCH A TIME AS MKEK COMPLIES WITH THIS COURT'S ORDER OF JANUARY 23, 2002. SIGNED BY JUDGE LOUIS H.POLLAK ON 4/16/07. ENTERED 4/18/07 AND COPIES MAILED. |
| 201 MAY | 15 | JUDGMENT IS GRANTED IN FAVOR OF PLAINTIFFS AND AGAINST DEFENDANT MAKINA VE KIMYA ENDUSTRISI KURUMU (MKEK) IN THE AMOUNT OF $16,000,000 WITH INTEREST THEREON AT THE RATE PROVIDED BY LAW. SIGNED BY JUDGE LOUIS H. POLLAK ON 5/10/07. ENTERED MAY 16,2007 AND COPIES MAILED. |
| 2011 | | |
| 10/20/11 | 202 | NOTICE OF APPEARANCE OF WADE D. ALBERT, ESQ. ON BEHALF OF THE PLAINTIFFS IN THE ABOVE CAPTIONED MATTER. (kk) |
| 11/14/11 | 203 | PLAINTIFF's MOTION FOR SUPPLEMENTARY RELIEF IN AID OF EXECUTION SUR ALLIANT TECHSYSTEMS, INC. MEMO OF LAW. EXHIBITS , PROPOSED ORDERS, CERTIFICATE OF SERVICE. (kk) |
| 11/16/11 | 204 | PRAECIPE TO SUPPLEMENT AND REPLACE AMENDED CERTIFICATE OF SERVICE THAT WAS APPENDED TO PLAINTIFF'S MOTION FOR SUPPLEMENTAL RELIEF SUR ALLIANT TECHSYSTEMS, INC. (kk) |
| 11/23/11 | 205 | NOTICE OF APPEARNCE OF WILL W. SACHSE, ESQ. ON BEHALF OF NON-PARTY ALLIANT TECHSYSTEMS, INC. . CERTIFICATE OF SERVICE. (kk) |
| 11/23/11 | 206 | JOINT STIPULATION FOR AN EXTENSION OF TIME IN WHICH TO RESPOND TO PLAINTIFF'S MOTION FOR SUPPLEMENTARY RELIEF IN AID OF EXECUTION SUR ALLIANT TECHSYSTEMS, INC.(kk) |

DC 111A
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | | DEFENDANT | |
|---|---|---|---|
| | | | DOCKET NO. _____ |
| | | | PAGE ____ OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 11/23/11 | 207 | APPLICATION FOR PRO HAC VICE ADMISSION OF ATTORNEY WILLIAM F. FORD FILED BY ALLIANT TECHSYSTEMS, IN SPONSORS STATMENT, CERTIFICATE OF SERVICE, PROPOSED ORDER. (FEE PAID PPE053669) (kk) |
| 11/30/11 | 208 | ORDER THAT THE JOINT STIPULATION IS APPROVED. NON-PARTY ALLIANT TECHSYSTEMS INC. SHALL HAVE UNTILL 12/5/2011 TO RESPOND TO PLAINTIFF'S MOTION FOR SUPPLEMENTARY RELIEF IN AID OF EXECUTION SUR ALLIANT TECHSYSTEMS, INC. 11/29/2011 SIGNED BY JUDGE POLLAK. 12/1/2011 ENTERED AND COPIES MAILED. (kk) |
| 12/2/11 | 209 | ALLIANT TECHSYSTEMS INC.'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUPPLEMENTARY RELIEF IN AID OF EXECUTION. PROPOSED ORDER, EXHIBITS, CERTIFICATE OF SERVICE. (kk) |
| 12/6/11 | 210 | MOTION FOR SPECIAL APPOINTMENT OF PERSON TO SERVE PROCESS FILED BY THE PLAINTIFF. PROPOSED ORDER, CERTIFICATE OF SERVICE. (kk) |
| 12/13/11 | 211 | ORDER THAT THIS CASE IS REFERRED TO THE HONORABLE JUDGE M. FAITH ANGELL, MAGISTRATE JUDGE, FOR THE RESOLUTION OF ALL NON-DISPOSITIVE MOTIONS. 12/12/11 SIGNED BY JUDGE POLLAK. 12/14/11 ENTERED AND COPI MAILED. (kk) |