IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BEVERLY OHNTRUP, et al.,** | : | **CIVIL ACTION** |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | No. 76-742 |
| | : | |
| **MAKINA ve KIMYA ENDUSTRISI KURUMU, et al.** | : | |
| **Defendants.** | : | |
| | : | |

### ORDER

**AND NOW**, this 11th day of December, 2012, upon consideration of the "Renewed Motion of Morgan, Lewis & Bockius LLP for Leave to Withdraw as Counsel to Defendant Makina ve Kimya Endustrisi Kurumu" (Doc. No. 232), Plaintiffs' response in opposition and the supplemental briefings thereto, and for reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the motion is **GRANTED**, such that Morgan, Lewis & Bockius LLP may withdraw as counsel.

BY THE COURT:

/s/ Mitchell S. Goldberg

**Mitchell S. Goldberg, J.**