# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BEVERLY OHNTRUP, Administrator, of the Estate of ROBERT OHNTRUP, Deceased, and BEVERLY OHNTRUP in her own right,<br>         Plaintiffs<br>v.<br><br>MAKINA ve KIMYA ENDUSTRISI KURUMU,<br>         Defendant | : CIVIL ACTION NO.<br>:<br>: 76-742<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs, Beverly Ohntrup, Administrator of the Estate of Robert Ohntrup, Deceased, and Beverly Ohntrup, in her own right, appeal to the United States Court of Appeals for the Third Circuit from the Order entered in this action on the 12th day of December, 2012, by the Honorable Mitchell S. Goldberg, of the United States District Court for the Eastern District of Pennsylvania.

                              Respectfully submitted,

                              /s/ Wade D. Albert
                              Robert A. Davitch, Esquire
                              Casey Green, Esquire
                              Wade D. Albert, Esquire

Dated: December 12, 2012      SIDKOFF PINCUS & GREEN, P.C.
                              1101 Market Street, Ste. 2700
                              Philadelphia, PA 19107
                              215-574-0600
                              215-574-0310 (fax)
                              rad@sidkoffpincusgreen.com
                              cg@sidkoffpincusgreen.com
                              walbert@sidkoffpincusgreen.com
                              *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Wade D. Albert, Esquire, hereby certify that *Plaintiffs' Notice of Appeal* was electronically filed on this date; it is available for viewing and downloading on the Court's CM/ECF system; and it has been served on the following via the Court's CM/ECF system as well as via U.S. First Class mail postage prepaid

Brady L. Green, Esquire
**MORGAN, LEWIS & BOCKIUS, LLP**
1701 Market Street
Philadelphia, PA 19103

William F. Ford, Esquire
**LATHROP & GAGE, LLP**
2345 Grand Boulevard, Suite 2200
Kansas City, MO 64108

William W. Sachse
**DECHERT, LLP**
Cira Center
2929 Arch Street
Philadelphia, PA 19104

      /s/ Wade D. Albert
Wade D. Albert, Esquire
An attorney for Plaintiffs

DATED: December 12, 2012